# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Liubovi S., | Civ. No. 24-cv-1856 (DJF) |
| Plaintiff, | |
| v. | **ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYING FEES** |
| Martin J. O'Malley<br>*Commissioner of Social Security*, | |
| Defendant. | |

Having considered the Application to Proceed without Prepaying Fees under 28 U.S.C. § 1915 ("Application") (ECF. No. [2]),

**IT IS ORDERED** that the Application is:

√    GRANTED

❑    DENIED WITHOUT PREJUDICE, for the following reasons:

Dated: May 21, 2024           *s/ Dulce J. Foster*
                              DULCE J. FOSTER
                              United States Magistrate Judge